# Order

Michigan Supreme Court
Lansing, Michigan

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141559-60 (80)(81)

THOMAS LaMEAU, Personal Representative of
the Estate of John M. Crnkovich, Deceased,
            Plaintiff-Appellee,

v

CITY OF ROYAL OAK, ELDEN DANIELSON,
and BRYAN WARJU,
            Defendants-Appellants,
and

DETROIT EDISON COMPANY and GAGLIO
PR CEMENT CORPORATION,
            Defendants-Appellees.
_____

SC: 141559-60
COA: 290059, 292006
Oakland CC: 07-083761-NO

On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing a supplemental brief is considered and, it appearing the brief was filed May 25, 2011, the time is extended to that date. The motion by Michigan Defense Trial Counsel for extension of time to file its brief *amicus curiae* is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk